CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: **1:20−mj−00677−JSA** All Defendants

| | | |
|---|---|---|
| Case title: USA v. Woodall | | Date Filed: 08/17/2020 |
| Other court case number: | 2:20mj30281 USDC, Eastern District of Michigan, Detroit | Date Terminated: 08/17/2020 |

Assigned to: Magistrate Judge Justin S. Anand

**Defendant (1)**

| | | |
|---|---|---|
| **Tremaine James Woodall**<br>*TERMINATED: 08/17/2020* | represented by | **Stephen Patrick Johnson**<br>Federal Defender Program Inc.−Atl<br>Suite 1500, Centennial Tower<br>101 Marietta Street, NW<br>Atlanta, GA 30303<br>404−688−7530<br>Fax: 404−688−0768<br>Email: Stephen_P_Johnson@FD.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1591 SEX TRAFFICKING OF CHILDREN OR BY FORCE, FRAUD, OR COERCION | |

1

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Erin N. Spritzer**<br>Office of the United States Attorney–ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404–581–6358<br>Fax: 404–581–6181<br>Email: erin.spritzer@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/17/2020 | | | Arrest (Rule 40) of Tremaine James Woodall. (bdb) (Entered: 08/18/2020) |
| 08/17/2020 | 1 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Stephen Patrick Johnson as to Tremaine James Woodall. Signed by Magistrate Judge Justin S. Anand on 8/17/2020. (bdb) (Entered: 08/18/2020) |
| 08/17/2020 | 2 | | Minute Entry for proceedings held before Magistrate Judge Justin S. Anand: Initial Appearance in Rule 5(c)(3) Proceedings as to Tremaine James Woodall held on 8/17/2020. Defendant waives Identity and Preliminary Hearing in this district only. Waiver filed. Government's motion for detention, filed. Commitment issued. (Attachments: # 1 Charging Documents) (Tape #FTR) (bdb) (Entered: 08/18/2020) |
| 08/17/2020 | 3 | | MOTION for Detention by USA as to Tremaine James Woodall. (bdb) (Additional attachment(s) added on 8/18/2020: # 1 Stamped Motion) (bdb). (Entered: 08/18/2020) |
| 08/17/2020 | 4 | | WAIVER of Rule 5 Hearings by Tremaine James Woodall. (bdb) (Entered: 08/18/2020) |
| 08/17/2020 | 5 | | COMMITMENT TO ANOTHER DISTRICT as to Tremaine James Woodall. Defendant committed to USDC, Eastern District of Michigan. Signed by Magistrate Judge Justin S. Anand on 8/17/2020. (bdb) (Entered: 08/18/2020) |
| 08/17/2020 | | | Magistrate Case Closed. Defendant Tremaine James Woodall terminated. (bdb) (Entered: 08/18/2020) |
| 08/18/2020 | | | Transmittal of Rule 5(c)(3) Documents as to Tremaine James Woodall, sent to USDC, Eastern District of Michigan, Detroit via electronic mail. Original case file with Commitment Order and docket sheet. (bdb) (Entered: 08/18/2020) |

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Aug 17 2020

JAMES N. HATTEN, Clerk

By: s/B. Evans
Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:20-MJ-677

TREMAINE JAMES WOODALL,

    Defendant.

## ORDER APPOINTING COUNSEL

STEPHEN P. JOHNSON

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 17th day of August, 2020.

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

3

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**     FILED IN OPEN COURT

|  |  |
|---|---|
| DATE: | 8/17/20  @  2:42 p.m. |
| FTR: | @ |
| TIME IN COURT: | 13 minutes |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | JUSTIN S. ANAND | COURTROOM DEPUTY CLERK: | B. Evans |
| CASE NUMBER: | 1:20-MJ-677 | DEFENDANT'S NAME: | Tremaine James Woodall |
| AUSA: | Erin Spritzer | DEFENDANT'S ATTY: | Stephen Johnson |
| USPO / PTR: | Lisa Moore | ( ) Retained   ( ) CJA   (x) FDP   ( ) Waived | |

| | |
|---|---|
| x | ARREST DATE  8/17/20 |
| x | Initial appearance hearing held.          X  Defendant informed of rights. |
| | Interpreter sworn: |

### COUNSEL

| | |
|---|---|
| x | ORDER appointing Federal Defender as counsel for defendant.   X   ORAL financial affidavit |
| | ORDER appointing _____ as counsel for defendant. |
| | ORDER: defendant to pay attorney's fees as follows: |

### IDENTITY / PRELIMINARY HEARING

| | | | |
|---|---|---|---|
| x | Defendant WAIVES identity hearing. | x | WAIVER FILED |
| | Identity hearing HELD.     Def is named def. in indictment/complaint; held for removal to other district. | | |
| X | Defendant WAIVES preliminary hearing in this district only. | x | WAIVER FILED |
| | Preliminary hearing HELD.   Probable cause found; def. held to District Court for removal to other district | | |
| x | Commitment issued. | | |

### BOND/PRETRIAL DETENTION HEARING

| | |
|---|---|
| x | Government motion for detention filed.  Pretrial hearing set for _____ @ _____ |
| | Pretrial hearing set for _____ @ _____  ( ___ In charging district.) |
| | Bond/Pretrial detention hearing held. |
| | Government motion for detention  ( ) GRANTED   ( ) DENIED |
| | Pretrial detention ordered.   Written order to follow. |
| | BOND set at  $_____   ___ NON-SURETY   ___ SURETY |
| | ___ cash   ___ property   ___ corporate surety ONLY |
| | SPECIAL CONDITIONS: |

| | |
|---|---|
| | Bond filed.  Defendant released. |
| | Bond not executed.   Defendant to remain in Marshal's custody. |
| | Motion  ( ___ verbal)   to reduce/revoke bond filed. |
| | Motion to reduce/revoke bond  ___ GRANTED  ___ DENIED |
| | See page 2 |

4

Page 2  Defendant: _____  Case No.: _____

Date: _____

WITNESSES:

_____

_____

_____

_____

_____

_____

_____

EXHIBITS:

_____

_____

_____

_____

_____

_____

_____

Original Exhibits  _____ RETAINED by the Court  _____ RETURNED to counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

TREMAINE JAMES WOODALL

Criminal Action No.
1:20-MJ-677

**Government's Motion for Detention**

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Erin N Spritzer, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1.  **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    18 U.S.C. § 1591 violation;

    Any felony involving a minor that is not otherwise a crime of violence;

    A serious risk that the defendant will flee.

2.  **Reason for Detention**

    The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

3.  **Rebuttable Presumption**

    The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. §

3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

> An offense involving a MINOR victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 2 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

2

8

Dated: August 17, 2020.

                                                     Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600   BYUNG J. PAK
Atlanta, Georgia 30303-3309           United States Attorney
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6358                              ERIN N SPRITZER
                                                     Assistant United States Attorney
                                                     Ga. Bar No. 152374

10

**Certificate of Service**

I served this document today by handing a copy to defense counsel:

***Certificate_of_Service_Party_Full_Name_TE***

August 17, 2020

/s/ ERIN N SPRITZER
ERIN N SPRITZER
***Atty_Government_Role_MC***

Case 2:20-mj-30281-DUTY ECF No. 5, PageID.22 Filed 09/01/20 Page 10 of 15
Case 1:20-mj-00677-JSA Document 3-1 Filed 08/17/20 Page 1 of 4

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: 08 17 2020

JAMES N. HATTEN, Clerk

By: s/B. Evans
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

TREMAINE JAMES WOODALL

Criminal Action No.
1:20-MJ-677

### Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Erin N Spritzer, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

18 U.S.C. § 1591 violation;

Any felony involving a minor that is not otherwise a crime of violence;

A serious risk that the defendant will flee.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Rebuttable Presumption**

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. §

3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

> An offense involving a MINOR victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

**4. Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 2 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

2

12

Dated: August 17, 2020.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Richard Russell Federal Building | |
| 75 Ted Turner Drive S.W., Suite 600 | BYUNG J. PAK |
| Atlanta, Georgia 30303-3309 | United States Attorney |
| Phone: (404) 581-6000 | |
| Fax: (404) 581-6181 | |
| (404) 581-6358 | ERIN N SPRITZER |
|  | Assistant United States Attorney |
|  | Ga. Bar No. 152374 |

3

14

## Certificate of Service

I served this document today by handing a copy to defense counsel:

***Certificate_of_Service_Party_Full_Name_TE***

August 17, 2020

/s/ERIN N SPRITZER
ERIN N SPRITZER
***Atty_Government_Role_MC***

14

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

AUG 17 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20-mj-677 |
| TREMAINE JAMES WOODALL | ) | |
| _Defendant_ | ) | Charging District's Case No. 2:20-mj-30281 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Michigan.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

Date: 8-17-20

_Tremaine Woodall_
*Defendant's signature*

Appoved: _____
U.S. Magistrate Judge

_____
*Signature of defendant's attorney*

Stephen P. Johnson
*Printed name of defendant's attorney*

15

FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Aug 17 2020
JAMES N. HATTEN, Clerk
By: s/B. Evans
Deputy Clerk

✎ AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Northern District of Georgia

UNITED STATES OF AMERICA
V.
TREMAINE JAMES WOODALL

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 1:20-mj-677 | 2:20-mj-30281 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  x Complaint  ☐ Other (specify)

**charging a violation of** 18 **U.S.C. §** 1591

**DISTRICT OF OFFENSE**
Eastern District of Michigan

**DESCRIPTION OF CHARGES:**

Sex trafficking of a minor, and sex trafficking using force, fraud and coercion.

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
x Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  x Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** X No  ☐ Yes  Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

August 17, 2020                           _Justin S. Anand_
Date                                       Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |